

**Entered on Docket
June 22, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq. SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq. SBN 11185
Sherry A. Moore, Esq., SBN 11215
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor,
Bank of America National Association as Successor by Merger to LaSalle Bank National Association, as Trustee under the Trust Agreement for the Structured Asset Investment Loan Trust Series 2003-BC13, it assignees and/or successors, and the servicing agent WELLS FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-31247-mkn |
| | ) |
| Robert L. Bridges | ) Chapter 7 |
| Gina Bridges, | ) |
| | ) DATE:  06/09/10 |
| Debtors. | ) TIME:   01:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |

*Rev. 12.09*                                                     M&H File No NV-09-15822
                                                                 09-31247-mkn

The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 9814 Frosty Canyon Court, Las Vegas, NV 89123.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS FURTHER ORDERED that Secured Creditor shall rescind its existing Notice of Default as against the subject property, and should it proceed with foreclosure activity, cause a new Notice of Default to be recorded with the applicable County Recorder's Office.

IT IS FURTHER ORDERED that the Motion is granted to Trustee only and Moot as to the Debtor.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

/s/Christopher K. Lezak_____
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
(702) 685-0329

Approved/Disapproved

*Order Emailed 06/10/10-no response received*
Rodney K. Okano, Esq.
2400 So Cimarron Road, Suite #130
Las Vegas, NV 89117

Approved/Disapproved

*Order Emailed 06/10/10-no response received*
TRUSTEE
William A. Leonard
6625 South Valley View #224
Las Vegas, NV 89118

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X   This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Rodney K. Okano- Order Emailed 06/10/10-no response received

Unrepresented parties appearing: None

Trustee: William A. Leonard- Order Emailed 06/10/10-no response received

/s/ Christopher K. Lezak
Christopher K. Lezak

*Rev. 12.09*                                                       M&H File No NV-09-15822
                                                                   09-31247-mkn